UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19cr5 DCB-FKB

DONALD LEWIS  18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

On or about August 28, 2018, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **DONALD LEWIS**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of the offense specified above, the defendant, **DONALD LEWIS**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

(1) **Taurus revolver, model 689, .357 Magnum caliber, serial number KK533283; and**
(2) **Any ammunition seized.**

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a

judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924(d)(1), by Title 28, United States Code, Section 2461(c).

*[signature]*
D. MICHAEL HURST, JR.
United States Attorney

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 8th day of January, 2019.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2